UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-125 (JMB/DJF)

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMANI XAVIER HUDSON SR. ET AL,

Defendants.

**MOTION TO DESIGNATE CASE
AS COMPLEX UNDER THE
SPEEDY TRIAL ACT**

The United States of America moves the Court for an order designating the above-captioned matter as a complex case for purpose of the Speedy Trial Act; extending the deadlines for disclosure by 60 days; and extending the deadlines for filing and hearing motions and trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

In support of its motion, the United States alleges and states the following:

1. The defendants are charged by an indictment filed on June 25, 2026, with Conspiracy to Distribute cocaine and fentanyl, in violation of 21 U.S.C. § 841(a)(1) and 846. (*See* ECF No. 1). One of these defendants is additionally charged with being a Felon in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8). (*Id.*)

2. The indictment contains allegations against 11 separate defendants and charges a drug trafficking conspiracy dating back to June 2022. Discovery is voluminous and complex, including:

   a. Approximately 1 terabyte of media data, including hours of audio recordings from continual, real-time surveillance on a Title III

wiretap that lasted from February 3, 2026 to April 7, 2026, and hours of corresponding video surveillance; and

b. Over 3,700 documents totaling approximately 13,000 pages.

3. The United States will need additional time to provide fulsome and intelligent access to certain of these materials to the Defendants.

4. Furthermore, the Government may seek a superseding indictment.

5. Under the current scheduling order, Defendants will have a limited opportunity to conduct a meaningful review for the purpose of filing motions and preparing for trial. Defendants will likely need more time than a typical schedule to review evidence with clients and conduct follow-up investigation. Furthermore, the parties would be unable to intelligently accomplish the goals of Local Rule 12.1, especially the directives to "confer with the responding party" and to "attempt in good faith to clarify and narrow the issues in dispute" before submitting pretrial motions.

6. Therefore, given the volume, complexity, and scope of the investigative materials, the large number of defendants and charges, and the legal and factual issues involved in the prosecution, the United States requests that this case be designated complex. The United States also believes a continuance of 60 days is warranted under 18 U.S.C. § 3161(h)(7)(B)(ii).

7. The Government is filing the instant Motion at the outset of this case and before all defense counsel has been appointed. The Government supports affording all defense counsel sufficient opportunity to respond to this Motion.

Accordingly, the Government will confer with defense counsel and report their positions at the July 22, 2026 status conference.

WHEREFORE, the United States respectfully requests that the Court designate this matter as complex, and extend all due dates in the current scheduling order, to include the time set for the disclosure of Rule 16 materials as well as the filing of motions and responses, by at least 60 days.

Dated: July 1, 2026                                  Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Jack R. Leon*
BY:  JACK LEON
Attorney reg: 504073

WILLIAM C. MATTESSICH
GARRETT S. FIELDS
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
612-664-5600

Assistant United States Attorneys

3